# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARIUS GITTENS, | Civil Action |
| Plaintiff, | No. 18-2519 (RBK) (KMW) |
| v. | |
| MILDRED SCHOLTZ, et al., | **MEMORANDUM OPINION** |
| Defendants. | |

**KUGLER, District Judge**

1. On February 26, 2018, Plaintiff Darius Gittens submitted a civil complaint alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983.

2. On April 4, 2018, this Court granted his *in forma pauperis* application.

3. Mail sent to Plaintiff at South Woods State Prison was returned as undeliverable on April 16, 2018.

4. Local Civil Rule 10.1(a) requires unrepresented parties to notify the Court of any change in address within 7 days. The Rule further provides that, failure to file such notice "may result in the imposition of sanctions by the Court." *Id.* Indeed, failure to apprise the Court of an address change may result in the outright dismissal of the case for failure to proceed, or an administrative termination of the action without prejudice. *See, e.g.*, *Allebach v. Cathell*, No. 06-5005, 2009 WL 2147145 (D.N.J. July 15, 2009); *Boretsky v. Corzine*, No. 08-2265, 2008 WL 2512916 (D.N.J. June 23, 2008).

5. The Court has no current address for Plaintiff.

6. The Court will administratively terminate the proceedings without prejudice to Plaintiff's right to reinstate this action by submitting a notice of change of address within 30 days.

7.     An appropriate Order follows.

Date: May 1, 2018                                              **s/Robert B. Kugler**
                                                               ROBERT B. KUGLER
                                                               U.S. District Judge