Michael Poreda, Esq. (025492010)
69 Grove Street
Somerville, NJ 08876
Telephone: (908) 704-9200
Fax: (908)-704-9291
Cell: (908) 432-4098
e-Mail: poreda@poredalaw.com.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARIUS GITTENS,<br><br>*Plaintiff*,<br><br>vs.<br><br>MILDRED SCHOLTZ, et al.<br><br>*Defendants*. | Docket No. 1:18-cv-2519-RBK-KMW<br><br>**Civil Action**<br><br>**NOTICE OF APPEARANCE** |

**LET IT BE KNOWN** that Plaintiff Darius Gittens has retained Michael Poreda, Esq. as counsel in this case.

/s/

_____

MICHAEL POREDA, ESQ.