

**WLB**
**WRONKO LOEWEN BENUCCI**
—— *Attorneys at Law* ——

JAMES R. WRONKO
JAMES V. LOEWEN
MARCO M. BENUCCI

KEVIN P. HEWITT, JR.•
MICHAEL POREDA ♦

• Member of MI Bar
♦ Member of NY Bar

OF COUNSEL
GILBERT G. MILLER

website: www.newjerseylawyer.org
main email: WLB@newjerseylawyer.org

69 GROVE STREET
SOMERVILLE, NJ 08876
TEL: (908) 704-9200
FAX: (908) 704-9291

1130 U.S 202, SUITE A/7
RARITAN, NJ 08869
TEL: (908) 393-6445
FAX: (908 393-6447

**Please reply to Somerville**

April 6, 2020

**VIA ECF**

The Honorable Robert B. Kugler
United States District Court for the District of New Jersey
402 E State Street
Trenton, NJ 08608

**Re: Gittens v. Scholtz**
    **Docket No.** 1:18-cv-02519-RBK-KMW

Dear Judge Kugler:

    I represent the Plaintiff in this case. I am writing to request more time for service in this case. Pursuant to the Certificate of Clerk (Dkt. No. 29), I served the U.S. Marshal's Service with USMS 28 and 37 copies of the summons in mid-February 2020. I called the Marshal's Service on March 5, 2020, wherein it weas confirmed that the USMS had the summonses and would serve them the next day. (See Dkt. No. 32). No confirmation of service has yet appeared on PACER, and the clerk's office confirmed today that they have not received anything from the USMS. Additionally, I called the USMS to find out the status of the summonses and was told that no one would be able to help me with this until next week. Considering the fact that service

may be suspended until the end of the coronavirus-related shutdown, I am respectfully requesting another 60 days to effectuate service.

Sincerely,

MICHAEL POREDA