

JAMES R. WRONKO
JAMES V. LOEWEN
MARCO M. BENUCCI

KEVIN P. HEWITT, JR.•
MICHAEL POREDA ♦

• Member of MI Bar
♦ Member of NY Bar

OF COUNSEL
GILBERT G. MILLER

website: www.newjerseylawyer.org
main email: WLB@newjerseylawyer.org

69 GROVE STREET
SOMERVILLE, NJ 08876
TEL: (908) 704-9200
FAX: (908) 704-9291

1130 U.S 202, SUITE A/7
RARITAN, NJ 08869
TEL: (908) 393-6445
FAX: (908 393-6447

**Please reply to Somerville**

June 25, 2020

**VIA ECF**

The Honorable Robert Kugler
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

**Re: Gittens v. Scholtz**
   **Docket No.** 1:18-cv-02519-RBK-KMW

Dear Judge Kugler:

      I previously submitted a letter requesting the appointment of pro bono counsel for Mr. Gittens in this case due to my inability to fund the costs of his litigation. I withdraw the request for appointment of pro bono counsel.

      I am happy to report that the check for my first significant settlement has just cleared. The case was retained on June 9 and took nothing more than e-mail to settle. I now have the funds to finance Mr. Gittens's litigation.

Respectfully Submitted,

MICHAEL POREDA

Cc: Kevin Dronson (kevin.dronson@law.njoag.gov)
Dan Gee (dgee@malamutlaw.com)